UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NO.3:07CR-19-R** |
| **KISHORKUMAR JIVANBHAI PATEL** | **DEFENDANT** |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge Dave Whalin by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The Defendant, by consent and with Brian Davis, retained counsel, appeared in open court on June 8 , 2007, and entered a plea of guilty as to Counts 1 & 2 of the Indictment. There was no plea agreement. The United States was represented by Marisa Ford, Assistant United States Attorney. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, The Court determined that the guilty plea was knowledgeable and voluntary as to Counts 1 & 2 of the Indictment, and that the offenses charged are supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the plea of guilty be accepted, and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS HEREBY ORDERED** that sentencing is hereby scheduled for **September 4, 2007 at 12:00 p.m.** before the Honorable Thomas B. Russell, United States District Judge.

**IT IS FURTHER ORDERED** that the defendant be **remanded** to the custody of the United States Marshal.

The defendant shall have ten (10) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

June 11, 2007

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

15