UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                          PLAINTIFF

V.                                                                   CRIMINAL ACTION NO.: 3:07CR-19-R

KISHORKUMAR JIVANBHAI PATEL                                                            DEFENDANT

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1 and 2 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

Sentencing is hereby scheduled for **September 4, 2007 at 12:00 p.m.**, before the Honorable Thomas B. Russell, Judge United States District Court.

Copies to: U.S. Attorney
U.S. Marshal
U.S. Probation
Counsel of Record